IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 19 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| RUBEN ROSALES, | § |
| Petitioner, | § |
| v. | §    2:05-CV-0184 |
| DOUGLAS DRETKE, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § |
| Respondent. | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION
### and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus challenging a prison disciplinary case. On June 28, 2005, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be denied as petitioner is ineligible for mandatory supervised release and did not lose any previously earned good time credits. As of this date, no objections to the Report and Recommendation have been filed.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DENIED.

IT IS SO ORDERED.

ENTERED this ___19th___ day of ___July___ 2005.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE